Thomas E. Beck, Esq. (SBN 81557)
**THE BECK LAW FIRM**
POST OFFICE BOX 101
Los Alamitos, CA 90720
Telephone (562) 795-5835

Email: thebecklawfirm@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MARSHALL, ANGELIQUE CRAWFORD, IZABELLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM, ANGELIQUE CRAWFORD, SHAYLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM, ANGELIQUE CRAWFORD<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DEPUTY AYUB MANJRA #531114, individually and as a peace officer, DEPUTY M. PEREA # 602466, individually and as a peace officer, DOES 1-10, individually and as a peace officer,<br><br>Defendants. | No. 8:20-cv-00916-DOC-ADSx<br><br>**PARTIES STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT IN LIEU OF MOTION**<br><br>Date:<br>Time:<br>Ctrm: |

Plaintiffs, through counsel, and defendants, through counsel, hereby stipulate to a proposed court order directing the filing of Plaintiffs First Amended Complaint in lieu of a noticed motion to amend. Amendments concern adding Plaintiff's minor daughters as plaintiffs through their Guardian Ad Litem, Angelique Crawford and

//

correction of true name of defendant Perea.

DATED: November 22, 2020        **THE BECK LAW FIRM**


By  /s/Thomas E. Beck
       Thomas E. Beck
       Attorney for Plaintiffs

DATED: November 22, 2020        **COLLINS, COLLINS, MUIR + STEWART LLP**


By     /s/ Chandler A. Parker
Tomas Guterres
       Chandler A. Parker
       Attorneys for Defendants