**Thomas E. Beck, Esq.** (SBN 81557)
THE BECK LAW FIRM
Post Office Box 101
Los Alamitos, California 90720
Telephone No. (562) 795-5835
Email: becklaw@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MARSHALL, ANGELIQUE CRAWFORD, IZABELLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM, ANGELIQUE CRAWFORD, SHAYLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM, ANGELIQUE CRAWFORD<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DEPUTY AYUB MANJRA #531114, individually and as a peace officer, DEPUTY M. PEREA # 602466, individually and as a peace officer, DOES 1-10, individually and as a peace officer,<br><br>Defendants. | No. 8:20-cv-00916-DOC-ADSx<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR, SHAYLA MARSHALL** |

a. Petitioner ANGELIQUE CRAWFORD resides in the City of Brea, County of Orange California and is the mother of SHAYLA MARSHALL, a 3-year-old minor, born in 2017. SHAYLA resides with her mother ANGELIQUE CRAWFORD and father SHAUN MARSHALL at the same address.

1

b. The minor SHAYLA IZABELLA has a cause of action against defendants arising out of a violation of her civil rights. As stated in the 1ST Amended Complaint for Damages, filed concurrently herewith, SHAYLA was non consensually removed from her parents and placed in foster care apart from them and her sister IZABELLA as the proximate result of the individual defendants false criminal accusations against her father, Plaintiff SHAUN MARSHALL, specifically of selling methamphetamine January 8, 2019, operating a drug house in which SHAYLA allegedly resided and thereby posed a threat to his minor children. The basis for the interference with the family relationship and separation was the willful falsification of crime accusations by defendants against Plaintiff SHAUN MARSHALL.

c. The minor SHAYLA MARSHALL has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this action.

d. Petitioner is a competent and responsible adult person, the natural mother of the minor, qualified to become the guardian ad litem of the minor SHAYLA MARSHALL in this matter. Petitioner has no interests adverse to those of the minor.

WHEREFORE, petitioner prays that ANGELIQUE CRAWFORD be appointed guardian ad litem for the minor, SHAYLA MARSHALL, to prosecute such action in minor's behalf.

DATED: November 17, 2020

**THE BECK LAW FIRM**
Attorney for Plaintiffs

By_____
Thomas E. Beck

1  I have read the above Petition. I am 37 years old. I am the mother of minor SHAYLA MARSHALL. The factual statements in the petition are, to the best of my knowledge, accurate. I consent and agree to be appointed Guardian ad litem for SHAYLA MARSHALL in this matter.

DATED: November 17, 2020

_____
ANGELIQUE CRAWFORD
Petitioner, mother of minor SHAYLA MARSHALL

DATED: November 17, 2020           **THE BECK LAW FIRM**

By_____
Thomas E. Beck
Attorneys for Plaintiffs

3