Thomas E. Beck, Esq. (SBN 81557)
**THE BECK LAW FIRM**
P.O. Box 101
Los Alamitos, California 90720
Telephone: (562) 795-5835

Email: thebecklawfirm@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MARSHALL, ANGELIQUE CRAWFORD, IZABELLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM, SHAYLA MARSHALL, A MINOR BY HER GUARDIAN AD LITEM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DEPUTY AYUB MANJRA #531114, individually and as a peace officer, DEPUTY M. PEREA # 602466, individually and as a peace officer, DOES 1-10, individually and as a peace officer,<br><br>Defendants. | CV 8:20-cv-00916-DOC-ADSx<br><br>**PLAINTIFFS NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br><br>Date:  3/31/21<br>Time:  10:00 A.M.<br>Ctrm:  6B<br><br>DCO:  10/20/21<br>Trial Date: 02/22/22 |

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 31, 2021 at the hour of 10:00 a.m. or as soon thereafter as Counsel may be heard in Courtroom 6B of the above referenced Court located at 411 West 4th Street, Santa Ana, California 92701, Plaintiffs will and do hereby move this Court for an Order compelling further discovery responses and overruling Defendants' objections to Plaintiff's Request for Production Propounded to Defendant COUNTY OF LOS ANGELES

1

1  ANGELES as set forth in the appended Local Rule 37-2.2 Joint Stipulation.
2  Said motion is based on this Notice and the Local Rule 37-2.2 Discovery Stipulation
3  served and filed herewith, as well as such oral and documentary evidence as may be produced
4  at the hearing on the Motion.

6  DATED: March 8, 2021                    **THE BECK LAW FIRM**

                                           By /s/Thomas E. Beck
                                              Thomas E. Beck
                                              Attorney for Plaintiffs